■■■ DENISE BISCHOFF, Appellant, v IAN P. WOODWARD, as Administrator of the Estate of PATRICK J. WOODWARD, Deceased, Respondent. (Appeal No. 1.) [749 NYS2d 760] —Appeal from an order of Supreme Court, Genesee County (Noonan, J.), entered July 20, 2001, which granted defendant's motion to bifurcate the trial.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Genesee County, Noonan, J. Present—Pigott, Jr., P.J., Green, Scudder, Burns and Gorski, JJ.